# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 2 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

TOBIAS JEREMIAH LADDROUT

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

YAKIMA COUNTY SHERIFF DEPARTMENT
_____

YAKIMA COUNTY SHERIFF DEPUTY WARD
_____

YAKIMA COUNTY JAIL
_____

YAKIMA COUNTY  CORRECTION DEPUTIES
_____

*(In the space above enter the full name(s) of the defendant(s).*
*If you cannot fit the names of all of the defendants in the*
*space provided, please write "see attached" in the space*
*above and attach an additional sheet of paper with the full list*
*of names. The names listed in the above caption must be*
*identical to those contained in Section I. Do not include*
*addresses here.)*

Case No. 1:21-cv-003140-SMJ
_____
(To be filled out by Clerk's
Office only)

# COMPLAINT

Jury Demand?
☒ Yes
☐ No

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I.   PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

| Plaintiff: | Laddrout, Tobias, J | | |
|---|---|---|---|
| | Name (Last, First, MI) | | |
| | 201 MaMa chat Lane | | |
| | Street Address | | |
| | Yakima, Wapato | Washington | 98951 |
| | County, City | State | Zip Code |
| | 925 - 324 - 8534 | tjladdrout@gmail.com | |
| | Telephone Number | E-mail Address (if available) | |

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

| Defendant 1: | Yakima County Sheriff | | |
|---|---|---|---|
| | Name (Last, First) | | |
| | 1822 South 1st Street | | |
| | Street Address | | |
| | Yakima, Yakima | Washington | 98903 |
| | County, City | State | Zip Code |
| Defendant 2: | Deputy N. Ward C. #102 | | |
| | Name (Last, First) | | |
| | 1822 South 1st Street | | |
| | Street Address | | |
| | Yakima, Yakima | Washington | 98903 |
| | County, City | State | Zip Code |

**Defendant(s) Continued**

Defendant 3:   Yakima County Jail – Correction Deputies

_____

Name (Last, First)

**111 North front Street**

_____

Street Address

Yakima, Yakima              Washington              98901

_____

County, City                      State                      Zip Code

Defendant 4:   _____

Name (Last, First)

_____

Street Address

_____

County, City                      State                      Zip Code

## II.   BASIS FOR JURISDICTION

_Check the option that best describes the basis for jurisdiction in your case:_

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Yakama Nation Treaty of 1855 with the United States that the State of Washington lacks

Jurisdiction on trust land within the boundaries of the Yakama Indian Reservation over

Yakama Indians. That the plaintiff is Yakama Indian. That Deputy Ward of the Yakima

County Sheriff  kidnapped, assaulted ,falsely arrested and falsely imprisoned the plaintiff.

## III.   VENUE

*This court can hear cases arising out of. Yakama Indian Reservation*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants  live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

That the defendant is a Yakama Indian and that Yakima County Deputy did not have

Jurisdiction

## IV.   STATEMENT OF CLAIM

Place(s) of           201 MaMachat lane Wapato, Washington on the Trust land Yakama
occurrence:           Reservation

Date(s) of occurrence:   9-7-2018

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

1. That Deputy Ward did not have jurisdiction over my person.

2. That 201 MaMachat Wapato 98951 is trust land held in truth by United States

3. My person is Yakama Native America.

4. Washington State denied Jurisdiction

5. Yakama Nation tribal court has accepted my person as Yakama Indian.

6. Eastern Washington Federal district Court accepted my person as Yakama Indian.

7. That my person was Kidnapped , assaulted, falsely arrested, falsely imprisoned .

On or about 9-7-2018 11:45 pm.  Deputy Ward without Jurisdiction arrested my person.

I pleaded with him I did not do anything; I was being detain by the Yakama tribal police.

Yakama tribal pepper sprayed me in the face before Deputy Ward arrived to take my person

in custody. Walking to the front of the house at 201 Mama chat lane the tribal police and

Deputy Ward slammed my person to the ground on a large flower brick by the front door.

I could not breathe because of the pepper spray and the impacted being slammed to the

ground.  Deputy Ward put his knee on my back and neck. Deputy Ward also put a mask over

my face. The officers got me to my feet, but pants were down to my knees that prevented me

from walking.  So, the officers dragged me to Deputy Wards patrol car.  I plead with Deputy

Ward I did not do anything on the way to the Yakima county jail. Arriving to the Yakima

County jail the Yakima County jail correction officers put me in a rub room.  Correction

Officers took my shoes and left my person in the rub room. I was burning up because of

Pepper spray and started asking the correction officers to shower.  The officer just ignored

my request to shower.  The room had no access to water.  I could not take the burning so I

Start kicking the door for water.  The correction officers came to the rub room and I went to

the Floor voluntarily, they started hitting my person in the head and took all my clothing.

My person was naked and felt ashamed.  The officers placed me in a chair and with the hand

Cuffs to tight.  All I could do was cry and the more I moved It hurt worst on the cuffs.

I felt sexually assaulted. (made a report with the Yakima county jail)

Yakima County Superior court dismiss all charges against my person for lack of

Jurisdiction.

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Pepper sprayed: burning lungs, eyes and skin.

Assaulted back, neck and buried chess (pictures token)

Assaulted hand cuffs could not feel my hands and feet for months

Arrested lost of freedom

Trauma, depression and anxiety.

Kiddnapped

## VI.    RELIEF

The relief I want the court to order is:

☒    Money damages in the amount of:  $ 10,000,000.00

☐    Other (explain):

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

10-18-2021

Dated

Plaintiff's Signature

Laddrout    Tobias    J

Printed Name (Last, First, MI)

201 MaMachat Lane    Warpato    WA    98951

Address                            City                  State        Zip Code

925-324-8534                    tjladdrout@gmail.com

Telephone Number                E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*