FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOBIAS JEREMIAH LADDROUT,<br><br>Plaintiff,<br><br>v.<br><br>YAKIMA COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | No. 1:21-CV-03140-ACE<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE |

**BEFORE THE COURT** is Defendants' November 28, 2022, motion to dismiss this matter, with prejudice, pursuant to the parties' stipulation and order of dismissal. ECF No. 18. Plaintiff is proceeding *pro se*; Defendants are represented by Don LeRoy Anderson. The Court has reviewed the stipulation, ECF No. 18-1, and is fully informed.

Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. Defendants' motion to dismiss this case with prejudice and without costs to any party, **ECF No. 18**, is **GRANTED**.

2. Plaintiff's Amended Complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. All scheduled court hearings are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to Plaintiff and counsel, and **CLOSE THE FILE**.

DATED November 28, 2022.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 1